# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Manuel Tamay

                          Plaintiff,

v.                                     Case No.: 1:19−cv−04948
                                           Honorable Matthew F. Kennelly

Atino's Pizza #2, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2019:

       MINUTE entry before the Honorable Matthew F. Kennelly: This case is dismissed with prejudice and without costs pursuant to the parties' stipulation [7]. The order to show cause and the status hearing set for 10/31/2019 at 9:30 a.m. [8] are vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.